IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ORIENT OVERSEAS CONTAINER LINE, LTD., <br><br> Plaintiff, <br><br> v. <br><br> BNSF RAILWAY COMPANY and BURLINGTON NORTHERN SANTA FE, LLC, <br><br> Defendants. | CASE NO. 1:22−CV−03089 <br><br> Honorable Harry D. Leinenweber |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND**

Plaintiff Orient Overseas Container Line, LTD. ("OOCL") hereby submits this unopposed motion seeking a 14-day extension of the current motion-to-dismiss briefing schedule entered by the Court on September 13, 2022 [Dkt #13].

Defendants' Motion to Dismiss was filed on September 13, 2022, and the Court subsequently ordered that OOCL's response be filed on or before October 11, 2022, and Defendants' reply on or before October 25, 2022. The parties are attempting to resolve this matter and require additional time to discuss settlement. Accordingly, the parties have conferred and Defendants do not object to a two-week extension of the current briefing schedule. Under the contemplated extension, OOCL's response would be due on or before October 25, 2022, and Defendants' reply would be due or before November 8, 2022. OOCL's request is intended to promote a resolution of this matter and not to delay or impede the proceedings before this Court.

WHEREFORE, OOCL respectfully requests that the Court grant this Unopposed Motion and extend the parties' current motion-to-dismiss briefing schedule by 14 days as set forth herein.

Respectfully submitted,

*/s/ Trevor Illes*
Trevor Illes (6313097)
BENESCH, FRIEDLANDER, COPLAN
  & ARONOFF LLP
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone:  312.212.4949
Facsimile:   312.767.9192 (fax)
tilles@beneschlaw.com

*Attorneys for Plaintiff Orient Overseas Container Line, Ltd.*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2022, a copy of the foregoing *Unopposed Motion for Extension of Time to Respond* was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Trevor J. Illes*